IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cesar Ramirez-Rojas, individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br>Taurus Flavors, Inc., Kecia Perkins, individually, Defendants | Case No. 1:15-cv-01295<br>Assigned Judge: Hon. Amy J. St. Eve<br>Magistrate: Hon. Mary M. Rowland |

### STIPULATION OF DISMISSAL

Plaintiff and Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), hereby stipulate to the dismissal of this action, without prejudice (with each party to bear its own costs and attorneys' fees), with the court retaining jurisdiction to enforce the terms of the settlement until February 17, 2016, at which time the parties stipulate to the dismissal of this action with prejudice.

| | |
|---|---|
| **s/ Valentin T. Narvaez**<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL 60646<br>vnarvaez@yourclg.com | **s/ Mason Scott Cole**<br>Cole Sadkin, Llc<br>20 S. Clark Street, Suite 500<br>Chicago, IL 60606<br>mcole@colesadkin.com |